Gabriel Reyes C-88996
P.B.S.P. SHU DS-121
P.O. Box 7500
Crescent City, Ca. 95531
IN PRO PER



FILED

08 JUL 21 PM 4:47

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT NORTHERN

DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| Gabriel Reyes<br>        Plaintiff,<br><br>Vs.<br><br>Joe Mc Grath, warden, et. al.<br>        Defendants | CASE NO. C-07-3932 PJH (PR)<br>EX Parte Motion For<br>Request for Summons and Service<br>of Complaint ; In alternative<br>Request for Status update |

    Now comes Gabriel Reyes, Plaintiff in the above titled matter filed in this honorable court almost a year ago on July 31, 2007.
    Plaintiff now urges and moves this court to order summon and service on the defendants in this matter as Plaintiff has shown and proven under the liberal construsion standard every reasonable doubt that the facts set forth in his complaint would entitle the Plaintiff to relief (Haines V. Kerner, (1972) 404 U.S. 519 ; King V. Atiyeh (9th cir 1987) 814 F.2d. 565).
    Plaintiff has made motion to Proceed in forma pauperis that has yet to be heard by this court. However, in another complaint filed at the same time as the instant, this court did grant Plaintiff such leave to proceed, therefore Plaintiff has every reason to believe that this court will now grant the same in this case.
    In the alternative to granting Plaintiffs request for issuance of summons and service of complaint, Plaintiff request that he be given a status update of this matter and that this court recognize Plaintiffs due dilligence in pursuing his complaint.

July 17, 2008

Respectfully Submitted :
(S) _____
Gabriel Reyes

1.

Gabriel Reyes C-88446
P.B.S.P. SHU D5-121
P.O. BOX 7500
Crescent City, Ca. 95531

"LEGAL MAIL"

**PELICAN BAY STATE PRISON**
5905 Lake Earl Dr
Crescent City CA 95532



02 1M                $ 01.00⁰
0004217666      JUL 18  2008
MAILED FROM ZIP CODE 95531

U.S. District Court
Northern Dist. of Calif.
450 Golden Gate Ave
San Francisco, Ca. 94102

c/o R. ALEXANDER

PELICAN BAY STATE PRISON

ALEXANDRIA HOUSING UNIT 17- 08

UNIT D-5