UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GABRIEL RALPH REYES,

    Plaintiff,

v.

JOE McGRATH, Warden; RICHARD RIMMER, Director of Corrections; J.S. WOODFORD; Director of Corrections; B.J. O'NEAL, Associate Warden; RICHARD KIRKLAND, Warden; N. GRANNIS, Chief of Inmate Appeals; T. SURGES, Appeals Examiner; SWIFT, Correctional Lieutenant; NAVARRO, Sergeant; and HAWKINS, Correctional Officer,

    Defendants.

No. C 07-3932 PJH (PR)

**ORDER AMENDING CAPTION**

The caption of the court's August 31 order reopening this case is hereby amended to delete the words "And Referring it for Mediation." The case is not referred for mediation at this time.

**IT IS SO ORDERED.**

Dated: September 12, 2011.

    PHYLLIS J. HAMILTON
    United States District Judge

P:\PRO-SE\PJH\CR.07\REYES3932.amendcaption.wpd