UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GABRIEL RALPH REYES, | No. 4:07-CV-3932 PJH (NJV) |
| Plaintiff, | ORDER EXCUSING PRESENCE OF CDCR COUNSEL AT |
| v. | TELEPHONIC MEET AND CONFER |
| WARDEN JOE MC GRATH, et al., | |
| Defendants. | |

Defendants have requested that the court excuse the appearance of the legal representative of CDCR at the telephonic meet and confer required in this case. Good cause appearing, Defendants' request is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: March 7, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GABRIEL RALPH REYES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WARDEN JOE MC GRATH, et al,<br><br>　　　　Defendants._____/ | No.4:07-CV-3932 PJH (NJV<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on March 7, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Gabriel Ralph Reyes
C-88996
Pelican Bay State Prison
SHU D5-117
P.O. Box 7500
Crescent City, CA 95532

Dated: March 7, 2013

　　　　　　　　　　　　　　　　/s/  *Linn Van Meter*
　　　　　　　　　　　　　　　Linn Van Meter
　　　　　　　　　　　　　　　Administrative Law Clerk to
　　　　　　　　　　　　　　　The Honorable Nandor J. Vadas

2