**United States District Court**
For the Northern District of California

1
2
3
4
5        UNITED STATES DISTRICT COURT

6        NORTHERN DISTRICT OF CALIFORNIA

7        EUREKA DIVISION

8

9    GABRIEL RALPH REYES,                    No.  4:07-CV-3932 PJH (NJV)

10            Plaintiff,                      ORDER VACATING STATUS
                                             CONFERENCE
11        v.
     WARDEN JOE MC GRATH, et al.,
12
             Defendants.
13   _____/

14

15        On October 11, 2013, Defendants filed a Notice, informing the court that the settlement proceeds

16   were deposited in Plaintiff's trust account on September 25, 2013.  (Doc. 71.)  Accordingly, the status

17   conference set in this case for October 15, 2013, is HEREBY VACATED.

18   Dated: October 14, 2013

19                                           _____

20                                           NANDOR J. VADAS
                                             United States Magistrate Judge
21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GABRIEL RALPH REYES,

        Plaintiff,

v.

WARDEN JOE MC GRATH,  et al,

        Defendants.
_____/

No.4:07-CV-3932 PJH (NJV

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on October 14, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Gabriel Ralph Reyes
C-88996
Pelican Bay State Prison
SHU D5-117
P.O. Box 7500
Crescent City, CA 95532

Dated:  October 14, 2013

          /s/   _Linn Van Meter_
         Linn Van Meter
         Administrative Law Clerk to
         The Honorable Nandor J. Vadas