KAMALA D. HARRIS
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
JULIANNE MOSSLER
Deputy Attorney General
State Bar No. 243749
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5746
  Fax: (415) 703-5843
  E-mail: Julianne.Mossler@doj.ca.gov
Attorneys for Defendants Harkins, Navarro, and Swift

GABRIEL RALPH REYES (C-88996)
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532
Telephone: (707) 465-1000
Plaintiff in pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **GABRIEL RALPH REYES,**<br><br>Plaintiff,<br><br>v.<br><br>**JOE McGRATH, Warden, et al.,**<br><br>Defendants. | C 07-3932 PJH (PR)<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Judge: Hon. Phyllis J. Hamilton<br>Trial Date:<br>Action Filed: July 31, 2007 |

    Following mediation of this case on March 22, 2013 with the Honorable Magistrate Judge Nandor J. Vadas, Plaintiff Gabriel Ralph Reyes voluntarily dismisses Defendants Harkins, Navarro, and Swift from this action, with prejudice.

    Further, Plaintiff Gabriel Ralph Reyes, in pro se, and Defendants Harkins, Navarro, and Swift, by and through their attorney of record, hereby stipulate that this case be dismissed with

1

prejudice.

Each party is to bear his own attorneys' fees and costs.

Dated: 3/22/13

_____
Gabriel Ralph Reyes, Plaintiff in pro se

Dated: 3/22/13

_____
Julianne Mossler
Deputy Attorney General
Attorneys for Defendants Harkins, Navarro, and Swift

IT IS SO ORDERED:

Dated: 12/19/13

_____
Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

SF2011203013
20679276.doc

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Reyes v. McGrath, et al.**
No.:        **C 07-3932 PJH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>December 17, 2013</u>, I served the attached:

**VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Gabriel Ralph Reyes**
**(C-88996)**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA 95532**
*Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 17, 2013, at San Francisco, California.

| L. Santos | /s/ L. Santos |
|---|---|
| Declarant | Signature |

SF2011203013
40844073.doc